IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00962-WYD-BNB

ANTHONY R. FOGLE,

Plaintiff,

v.

B. BONNER, Chief of Unit Management,
P. GERARDS-JORDAN, Intake Officer, and
C. ANDERSON, Staff Member,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion to Withdraw Motion to Compel Plaintiff to Respond to Defendants' First Set of Interrogatories and Requests for Production of Documents** [docket no. 26, filed October 19, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  Therefore,

IT IS FURTHER ORDERED that the **Motion to Compel Plaintiff to Respond to Defendants' First Set of Interrogatories and Requests for Production of Documents** [docket no. 24, filed October 9, 2009] is DENIED AS MOOT.

DATED:  October 21, 2009