IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00962-WYD-BNB

ANTHONY R. FOGLE,

    Plaintiff,

v.

B. BONNER, Chief of Unit Management,
P. GERARDS-JORDAN, Intake Officer, and
C. ANDERSON, Staff Member,

    Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the Recommendation of United States Magistrate Judge filed February 23, 2010. The Recommendation arose in connection with an Order to Show Cause issued by Magistrate Judge Boland on February 5, 2010. The Order directed the plaintiff therein to show cause in writing on or before February 22, 2010, why the Complaint should not be dismissed for failure to keep the Court informed of his current address in violation of D.C.COLO.LCivR 10.1M and for failure to prosecute.

The plaintiff did not respond to the Order to Show Cause, and Magistrate Judge Boland then recommended that the case be dismissed. (Recommendation at 2.) The plaintiff also has not filed objections to the Recommendation, despite an advisement that such objections were due within 14 days of service of the Recommendation and that a failure to serve written objections waives *de novo* review. (*Id.*)

No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1] *See* Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that dismissal of this case is appropriate. The plaintiff did not respond to the Order to Show Cause even though, as noted in the Recommendation, the Order warned plaintiff that failure to respond would result in a recommendation that the Complaint be dismissed in its entirety. (Recommendation at 2.) The Recommendation also notes that: (1) the envelope containing the Order to Show Cause was returned as undeliverable; (2) plaintiff's last filing in this case (a filing fee payment) was on November 20, 2009 and nothing further has been filed by the plaintiff ; (3) the plaintiff failed to respond to the defendants' motion for summary judgment as directed by the Court, (4) an order of January 16, 2010 vacating the Pretrial Conference was returned as undeliverable on the basis that the plaintiff had been released when mailed to plaintiff's last known address at the Crowley County Correctional Facility, and (5) the court has not received a notice of a

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review, Fed. R. Civ. P. 72(b).

change of address from the plaintiff as required by D.C.COLO.LCivR 10.1M. (*Id.* at 1-2.) I agree that the foregoing facts warrant dismissal of the case as recommended.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (Docket No. 38 filed February 23, 2010) is **AFFIRMED and ADOPTED**. In accordance therewith, it is

ORDERED that this case is **DISMISSED** for the plaintiff's failure to keep the court informed of his current address in violation of D.C.COLO.LCivR 10.1M and pursuant to D.C.COLO.LCivR 41.1 for failure to prosecute.

Dated: April 30, 2010

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge